UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE DETENTION OF MATERIAL WITNESS MARCOS ANTONIO URIAS-MELENDEZ § § § § § | MAGISTRATE ACTION NO. C-08-239 |

## MEMORANDUM OPINION AND ORDER OF DETENTION

While an inmate at the Three Rivers Federal Correctional Institute, Marcos Antonio Urias-Melendez was the victim of a serious assault by another prisoner. Mr. Urias-Melendez was able to identify the person who attacked him as well as the person who attacked and gravely injured another inmate. Mr. Urias-Melendez is a citizen of Mexico and has been ordered deported. He completed his sentence and was scheduled for release from federal prison into the custody of Immigration and Customs Enforcement (ICE) for deportation on April 1, 2008. The result was the filing of a material witness affidavit pursuant to 18 U.S.C. § 3144. At the initial appearance for the witness, counsel was appointed, the government moved for detention, and a detention hearing was scheduled.

A detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) on April 8, 2008. The government's evidence resulted in a finding that there is probable cause to believe that the witness's testimony is material to the prosecution of

one or more individuals for the offense of assault at a federal detention facility. The following requires detention of the witness in this case:

(1) There is a serious risk that the witness will not appear for court as required;

(2) There is a serious risk that the witness will endanger the safety of another person or the community; and

(3) Because this was a gang-related assault involving the Mexican Mafia, judicial notice is taken that there is a serious risk that the physical safety of the witness may be in jeopardy.

The findings and conclusions contained in the Pretrial Services Report are adopted. The witness has no family members in the United States who are willing to maintain custody of the witness pending the proceedings in this case. There are no conditions or combination of conditions which will ensure the appearance of the witness, the safety of the community and the safety of the witness. At this time no charges have been filed which would allow the taking of the deposition of the witness pursuant to 18 U.S.C. § 3144. A status conference is scheduled for **Tuesday, April 22, 2008, at 8:00 a.m.** At that hearing a deadline will be set for the filing of criminal charges so that the deposition of this witness may be scheduled. The government shall also explore the possibility of release of this witness in some manner which will ensure his appearance, his safety, and the safety of the community.

The witness is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable from persons awaiting trial or serving sentences or being held in custody pending appeal.

The witness shall be afforded a reasonable opportunity for private consultation with counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the witness to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    ORDERED this 8th day of April, 2008.

                                                    B. JANICE ELLINGTON
                                                  UNITED STATES MAGISTRATE JUDGE